## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| ASSOCIATION OF AMERICAN PHYSICIANS AND SURGEONS EDUCATIONAL FOUNDATION, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 3:22-cv-240 |
| AMERICAN BOARD OF INTERNAL MEDICINE, AMERICAN BOARD OF OBSTETRICS & GYNECOLOGY, AMERICAN BOARD OF FAMILY MEDICINE, and ALEJANDRO MAYORKAS, in his official capacity as the Secretary of the U.S. Department of Homeland Security, | § § § § § § § § | |
| Defendants. | § § | |

## AGREED ORDER

On this day, the Court considered Plaintiff Association of American Physicians and Surgeons Educational Foundation ("Plaintiff") and Defendants American Board of Obstetrics & Gynecology, American Board of Internal Medicine, American Board of Family Medicine, and Alejandro Mayorkas, in his official capacity as the Secretary of the U.S. Department of Homeland Security (collectively, the "Defendants") Agreed Motion to Extend Deadline to File Responsive Pleadings and Set Briefing Schedule (the "Motion"). Plaintiff and Defendants collectively are the "Parties."  After considering the Motion, and

all Parties' agreement to same, the Court was of the opinion that the Motion should be granted.  It is therefore:

ORDERED that the Parties' Agreed Motion to Extend Deadline to File Responsive Pleadings and Set Briefing Schedule is GRANTED.  Defendants' deadline to file an Answer to Plaintiff's Complaint, or other responsive pleading under Federal Rule of Civil Procedure 12(a) is hereby extended to September 26, 2022.  The Court hereby establishes a schedule for the briefing of motions to dismiss as follows:

a.      Motions to dismiss shall be filed on or before September 26, 2022.

b.      Oppositions to motions to dismiss shall be filed on or before November 15, 2022.

c.      Replies in support of motions to dismiss shall be filed on or before December 16, 2022.

Signed this __ day of _____ 2022.

AGREED AND ENTRY REQUESTED:


*/s/Ashley Parrish*
Ashley Parrish
State Bar No.: 15536850
Federal Bar No. 2229186
aparrish@mcginnislaw.com
**MCGINNIS LOCHRIDGE LLP**
500 N. Akard St., Ste. 2250
Dallas, TX 75201
(214) 307-6960
(214) 307-6990 FAX

2

Marcus Eason
State Bar No.: 24092374
Federal Bar No. 2609087
meason@mcginnislaw.com
**MCGINNIS LOCHRIDGE LLP**
609 Main St., Ste. 2800
Houston, TX 77002
(713) 615-8500
(713) 615-8585 FAX

**ATTORNEYS FOR DEFENDANT**
**AMERICAN BOARD OF OBSTETRICS**
**& GYNECOLOGY**

/s/ *Andrew P. Valencia*
Andrew P. Valencia
State Bar No. 24100011
**BALLARD SPAHR LLP**
1225 17th Street, Suite 2300
Denver, CO 80202-5596
Direct 303.299.7351
Fax 303.296.3956
Mobile 760.500.5193
valenciaa@ballardspahr.com

Paul Lantieri III (pro hac forthcoming)
Leslie E. John (pro hac forthcoming)
**BALLARD SPAHR LLP**
1735 Market Street
Philadelphia, PA 19103

**ATTORNEY FOR DEFENDANT AMERICAN**
**BOARD OF INTERNAL MEDICINE**

3

*/s/ Cassie J. Dallas*
Barry A. Moscowitz
State Bar No. 24004830
Federal Bar ID 31054
bmoscowitz@thompsoncoe.com
Cassie J. Dallas
State Bar No. 24074105
Federal Bar ID 1512089
cdallas@thompsoncoe.com
Shelby G. Hall
State Bar No. 24086717
Federal Bar ID 3192009
shall@thompsoncoe.com
Alanna Maza
State Bar No. 24125806
Federal Bar ID 3738119
amaza@thompsoncoe.com
**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone:  (214) 871-8200
Facsimile:  (214) 871-8209

**ATTORNEY FOR DEFENDANT AMERICAN
BOARD OF FAMILY MEDICINE**

*/s/ Laurel H. Lum*
Laurel H. Lum
New York Bar No. 5729728
Department of Justice, Civil Division, Federal Programs
1100 L Street NW
Washington, DC 20005
(202) 305-8177
Laurel.h.lum@usdoj.gov

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

4

BRIGHAM J. BOWEN
Assistant Director
Federal Programs Branch, Civil Division

**ATTORNEYS FOR ALEJANDRO MAYORKAS,**
**In his official capacity as the Secretary of the**
**U.S. Department of Homeland Security**

**AGREED:**

*/s/ Andrew L. Schlafly*
Andrew L. Schlafly
Attorney at Law
939 Old Chester Road
Far Hills, NJ 07931
(908) 719-8608
aschlafly@aol.com

**ATTORNEY FOR PLAINTIFF ASSOCIATION OF AMERICAN PHYSICIANS**
**AND SURGEONS EDUCATIONAL FOUNDATION**

5