IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ASSOCIATION OF AMERICAN PHYSICIANS AND SURGEONS EDUCATIONAL FOUNDATION, | § § § § |
| Plaintiff, | § § |
| v. | § § |
| | § Case No. 3:22-cv-240 |
| AMERICAN BOARD OF INTERNAL MEDICINE, AMERICAN BOARD OF OBSTETRICS & GYNECOLOGY, AMERICAN BOARD OF FAMILY MEDICINE, and ALEJANDRO MAYORKAS, in his official capacity as the Secretary of the U.S. Department of Homeland Security, | § § § § § § § § § |
| Defendants. | § |

## AGREED ORDER

On this day, the Court considered Plaintiff Association of American Physicians and Surgeons Educational Foundation ("Plaintiff") and Defendants American Board of Obstetrics & Gynecology, American Board of Internal Medicine, American Board of Family Medicine, and Alejandro Mayorkas, in his official capacity as the Secretary of the U.S. Department of Homeland Security (collectively, the "Defendants") Agreed Motion to Extend Deadline to File Responsive Pleadings and Set Briefing Schedule (the "Motion"). Plaintiff and Defendants collectively are the "Parties." After considering the Motion, and

all Parties' agreement to same, the Court was of the opinion that the Motion should be granted. It is therefore:

ORDERED that the Parties' Agreed Motion to Extend Deadline to File Responsive Pleadings and Set Briefing Schedule is GRANTED. Defendants' deadline to file an Answer to Plaintiff's Complaint, or other responsive pleading under Federal Rule of Civil Procedure 12(a) is hereby extended to September 26, 2022. The Court hereby establishes a schedule for the briefing of motions to dismiss as follows:

    a.    Motions to dismiss shall be filed on or before September 26, 2022.

    b.    Oppositions to motions to dismiss shall be filed on or before November 15, 2022.

    c.    Replies in support of motions to dismiss shall be filed on or before December 16, 2022.

Signed on Galveston Island this 26th day of August, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE