## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| ASSOCIATION OF AMERICAN PHYSICIANS AND SURGEONS EDUCATIONAL FOUNDATION, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 3:22-cv-240 |
| AMERICAN BOARD OF INTERNAL MEDICINE, AMERICAN BOARD OF OBSTETRICS & GYNECOLOGY, AMERICAN BOARD OF FAMILY MEDICINE, and ALEJANDRO MAYORKAS, in his official capacity as the Secretary of the U.S. Department of Homeland Security, | § § § § § § § § | |
| Defendants. | § | |

### AGREED MOTION TO VACATE INITIAL SCHEDULING AND PRE-TRIAL CONFERENCE AND DEADLINE FOR THE JOINT DISCOVERY AND CASE MANAGEMENT PLAN

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Plaintiff Association of American Physicians and Surgeons Educational Foundation ("Plaintiff") and Defendants American Board of Obstetrics & Gynecology ("ABOG"), American Board of Internal Medicine ("ABIM"), American Board of Family Medicine ("ABFM"), and Alejandro Mayorkas, in his official capacity as the Secretary of the U.S. Department of Homeland Security ("DHS") (collectively, the "Defendants"), and file this Agreed Motion to Vacate the Initial Scheduling Conference

and the requirement to file a Joint Discovery/Case Management Plan. Plaintiff and Defendants collectively are the "Parties." In support thereof, the Parties respectfully show as follows:

1.      Plaintiff filed this lawsuit on July 12, 2022.

2.      On August 26, 2022, the Court entered a scheduling order implementing the schedule for dispositive briefing under Federal Rule of Civil Procedure 12 that the Parties had requested in their Agreed Motion to Extend Deadline to File Responsive Pleadings and Set Briefing Schedule. *See* ECF Nos. 10, 11.

3.      In light of the scheduling order now governing the case, the Parties believe that the joint case management statement and discovery plan, which is currently due on October 28, 2022, *see* ECF No. 5, has been superseded.

4.      The Parties also believe that, in light of the scheduling order now governing the case, the initial scheduling conference and pre-trial conference set for November 9, 2022, has also been superseded.

5.      The Parties also believe that, if this motion were granted, it would suspend the initial disclosures requirement.

6.      The Parties therefore respectfully request that the Court grant this Agreed Motion, suspend the initial disclosures requirement, and vacate both the deadline for the Joint Discovery and Case Management Plan and the Initial Scheduling and Pre-trial Conference.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Association of American Physicians and Surgeons Educational Foundation and Defendants American Board of Obstetrics & Gynecology, American Board of Internal Medicine, American Board of Family Medicine, and Alejandro Mayorkas, in his official capacity as the Secretary of the U.S. Department of Homeland Security respectfully request that this Court grant this Motion, suspend the initial disclosures requirement, and vacate both the deadline for the Joint Discovery and Case Management Plan and the Initial Scheduling and Pre-trial Conference.

Dated: October 19, 2022                          Respectfully submitted,


                                                 */s/Laurel H. Lum*
                                                 Laurel H. Lum
                                                 New York Bar No. 5729728
                                                 Department of Justice, Civil Division,
                                                 Federal Programs Branch
                                                 1100 L Street NW,
                                                 Washington, DC 20005
                                                 (202) 305-8177
                                                 laurel.h.lum@usdoj.gov

                                                 BRIAN M. BOYNTON
                                                 Principal Deputy Assistant Attorney
                                                 General, Civil Division

                                                 BRIGHAM J. BOWEN
                                                 Assistant Director, Federal Programs
                                                 Branch

                                                 **ATTORNEYS FOR DEFENDANT
                                                 ALEJANDRO MAYORKAS, in his
                                                 official capacity as the Secretary of the
                                                 U.S. Department of Homeland
                                                 Security**

**AGREED AND ENTRY REQUESTED:**

GERGER HENNESSY & MARTIN LLP

*/s/ David Gerger*
David Gerger
State Bar No. 07816360
Federal Bar ID 10078
dgerger@ghmfirm.com
700 Louisiana, Suite 2300
Houston, Texas 77002
713.224.4400

BALLARD SPAHR LLP

Paul Lantieri III (admitted *pro hac vice*)
lantierip@ballardspahr.com
Leslie E. John (admitted *pro hac vice*)
john@ballardspahr.com
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
Tel. 215.665.8500
Fax 215.864.8999

*Attorneys for Defendant*
*American Board of Internal Medicine*

*/s/ Barry A. Moscowitz*

Barry A. Moscowitz
State Bar No. 24004830
Federal Bar ID 31054
bmoscowitz@thompsoncoe.com
Cassie J. Dallas
State Bar No. 24074105
Federal Bar ID 1512089
cdallas@thompsoncoe.com
Shelby G. Hall
State Bar No. 24086717
Federal Bar ID 3192009
shall@thompsoncoe.com
Alanna Maza
State Bar No. 24125806
Federal Bar ID 3738119
amaza@thompsoncoe.com
**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone: (214) 871-8200
Facsimile: (214) 871-8209

**ATTORNEYS FOR DEFENDANT AMERICAN
BOARD OF FAMILY MEDICINE**

*/s/ Ashley Parrish*
Ashley Parrish
State Bar No.: 15536850
aparrish@mcginnislaw.com
**MCGINNIS LOCHRIDGE LLP**
500 N. Akard St., Ste. 2250
Dallas, TX 75201
(214) 307-6960
(214) 307-6990 FAX

Marcus Eason
State Bar No.: 24092374
meason@mcginnislaw.com
**MCGINNIS LOCHRIDGE LLP**
609 Main St., Ste. 2800
Houston, TX 77002
(713) 615-8500
(713) 615-8585 FAX

**ATTORNEYS FOR DEFENDANT**
**AMERICAN BOARD OF**
**OBSTETRICS & GYNECOLOGY**

*/s/ Andrew L. Schlafly*
Andrew L. Schlafly
New Jersey Bar ID 04066-2003
SD Texas Bar ID NJ04066
Attorney at Law
939 Old Chester Road
Far Hills, NJ 07931
(908) 719-8608
aschlafly@aol.com

**ATTORNEY FOR PLAINTIFF ASSOCIATION OF AMERICAN PHYSICIANS
AND SURGEONS EDUCATIONAL FOUNDATION**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been delivered to all parties of record, in compliance with the Court's ECF/CM system and/or Rule 5 of the Federal Rules of Civil Procedure, on the 19th day of October, 2022.

*/s/Laurel H. Lum*
Laurel H. Lum