United States District Court
Southern District of Texas
**ENTERED**
October 21, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ASSOCIATION OF AMERICAN PHYSICIANS AND SURGEONS EDUCATIONAL FOUNDATION, | § § § § | |
| *Plaintiff*, | § § | |
| V. | § | NO. 3:22-CV-240 |
| | § | |
| AMERICAN BOARD OF INTERNAL MEDICINE, *et al.*, | § § § | |
| *Defendants*. | § | |

## ORDER

Before the court is an agreed motion to vacate. Dkt. 24. Contrary to the argument of the parties, the court's order in Dkt. 11 does not supersede the requirements of Dkt. 5. The court denies the motion. Accordingly, the parties must meet all requirements outlined in Dkt. 5.

Signed on Galveston Island this 21st day of October, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE