UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

_____
                                    )
ASSOCIATION OF AMERICAN             )
PHYSICIANS AND SURGEONS             )
EDUCATIONAL FOUNDATION,             )
                                    )
                Plaintiff,          )
        v.                          )   No. 3:22-cv-00240
                                    )
AMERICAN BOARD OF INTERNAL          )
MEDICINE, *et al.*,                 )
                                    )
                Defendants.         )
_____)

**DEFENDANT ALEJANDRO MAYORKAS'S RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Department of Homeland Security ("DHS") Secretary of Homeland Security Alejandro N. Mayorkas respectfully submits this response to Plaintiff's Notice of Supplemental Authority, ECF No. 28. The opinion to which Plaintiffs cite is at most marginally relevant to the case at bar. Most notably, this entire case is moot because the Complaint challenges the "Disinformation Governance Board," which no longer exists, *see* Def. Mayorkas Mot. to Dismiss at 9, ECF No. 20, whereas the opinion cited by Plaintiffs does not address mootness. In any event, the opinion cited by Plaintiffs was wrongly decided because, *inter alia*, the court did not properly apply established precedent on standing or the First Amendment. Should the Court find the opinion worthy of analysis, Defendant requests an opportunity to brief the relevant issues.

Dated: March 29, 2023          Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

<u>/s/ Michael P. Clendenen</u>
MICHAEL P. CLENDENEN
Attorney-in-charge
DC Bar No. 1660091
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 305-0693
Fax: (202) 616-8460
Email: michael.p.clendenen@usdoj.gov
*Counsel for Defendants*

DANIEL DAVID HU
Assistant United States Attorney
Chief, Civil Division
State Bar No. 10131415
S.D. I.D. 7959
Southern District of Texas
1000 Louisiana, Suite 2300 Houston, TX 77002
Tel: (713) 567-9000
Fax: (713) 718-3300
Daniel.Hu@usdoj.gov
*Local Counsel*

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on March 29, 2023.

*/s/ Michael P. Clendenen*
MICHAEL P. CLENDENEN
