IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

_____
                                            )
ASSOCIATION OF AMERICAN                     )
PHYSICIANS AND SURGEONS                     )
EDUCATIONAL FOUNDATION,                     )
                                            )
                  Plaintiff,                )
       v.                                   )    No. 3:22-cv-00240
                                            )
AMERICAN BOARD OF INTERNAL                  )
MEDICINE, *et al.*,                         )
                                            )
                  Defendants.               )
_____)

**[PROPOSED] ORDER**

BE IT REMEMBERED that on this day the Court reviewed Defendant Kristi Noem's Motion to Stay Discovery Pending Resolution of Her Motion to Dismiss and Motion for Protective Order and is of the opinion that the motion should be GRANTED. It is therefore ORDERED that discovery shall be stayed until after the Court issues a ruling on Defendant Noem's Motion to Dismiss the Amended Complaint, ECF No. 75, and that Defendant Noem is not required to respond to any discovery requests already served.

SIGNED this _____ day of _____, 2025.

_____
HONORABLE JUDGE