United States District Court
Southern District of Texas
**ENTERED**
July 29, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ASSOCIATION OF AMERICAN PHYSICIANS AND SURGEONS EDUCATIONAL FOUNDATION, *et al.*, | § § § § § § § | |
| Plaintiffs. | § § | |
| VS. | § § | 3:22-cv-240 |
| AMERICAN BOARD OF INTERNAL MEDICINE, *et al.*, | § § § § | |
| Defendants. | § | |

# ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On June 4, 2025, a motion to dismiss filed by Defendant American Board of Family Medicine (Dkt. 72) was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 93. Judge Edison filed a memorandum and recommendation on July 11, 2025, recommending that the motion be granted. Dkt. 94.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation (Dkt. 94) is approved and adopted in its entirety as the holding of the court; and

(2)   ABFM's motion to dismiss (Dkt. 72) is granted.

Signed on Galveston Island this 29th day of July, 2025.

_____<br>
JEFFREY VINCENT BROWN<br>
UNITED STATES DISTRICT JUDGE